CCA # 13-13-00547-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Jorge Garcia v. The State of Texas

COUNTY: Cameron

TRIAL COURT: 138th District Court

TRIAL COURT #: 98-CR-446-B

TRIAL COURT JUDGE: Hon. Arturo Nelson Cisneros

DISPOSITION: AFFIRMED

_____ MOTION
FOR REHEARING IS: _____
DATE: 12/18/2014
JUDGE: LONGORIA

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____        DNP: _____

CLK RECORD: _____ X _____

RPT RECORD: _____

STATE BR: _____ X _____

APP BR: _____ X _____

SUPP CLK RECORD _____ X _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **120-15**

----------------------

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: _04/15/2015_

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____